IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRENDA HOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 3:19-cv-559-ECM |
| | ) (WO) |
| WALMART STORE #5903, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On June 11, 2020, the Magistrate Judge entered a Recommendation (doc. 27) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the Defendants' motions to dismiss (docs. 9 & 11) are GRANTED, and this case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

Done this 30th day of June, 2020.

                                        /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE